Docusign Envelope ID: 1E1D291E-82B7-4B26-8947-B9220043B0BC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| ROBERT W JOHNSON , | Case No. ar-cv-319 - KD- MU |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | Jury Trial: *(check one)* [X] Yes [ ] No |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| U.S. SRECURITIES AND EXCHANGE COMMISSION , | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT JOHNSON |
| Address | 65 SIDNEY ST |
| | BUFFALO , NY 14211 |

|  | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | ERIE |
| Telephone Number | 716-445-1734 |
| E-Mail Address | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U.S. SECURITIES AND EXCHANGE COMMISSION |
| Job or Title *(if known)* | CORPORATE |
| Address | 100 F STREET : NE |
| | WASHINGTON , DC 20549 |

|  | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | WASHINGTON |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | ERIC J YOUNG |
| Job or Title *(if known)* | COUNSEL |
| Address | 100 F STREET : NE |
| | WASHINGTON , DC 20549 |

|  | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | WASHINGTON |
| Telephone Number | 202-551-4790 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

Docusign Envelope ID: 1E1D291E-82B7-4B26-8947-B9220043B0BC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name                   MICHEAL H HURWITZ

    Job or Title *(if known)*    COUNSEL

    Address              100 F STREET : NE

                       WASHINGTON , DC 20549

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County             WASHINGTON

    Telephone Number    202-551-4790

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        DISCRIMINATIONS , CIVIL RIGHTS VIOLATIONS AND DUE PROCESS VIOLATIONS .

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

        tbd

Docusign Envelope ID: 1E1D291E-82B7-4B26-8947-592200043B0BC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

tbd

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

968 JAMES ST : SYRACUSE , NY 13203 .

B.   What date and approximate time did the events giving rise to your claim(s) occur?

MAY 16,2024 .

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CARROLS RESTAURANT GROUP INC COMMITTED PONZI  AND RESTAURANT BRANDS INTERNATIONAL INC COMMITTED PONZI SCHEMES AND STOCK EXCHANGE FRAUD BY SELLING CARROLS RESTAURANT GROUP INC TO RESTAURANT BRANDS INTERNATIONAL ILLEGALLY ON MAY 16, 2024 WITH APPROVAL FROM U.S. SECURITIES AND EXCHANGE COMMISSION AND TORONTO STOCK EXCHANGE . U.S. SECURITIES AND EXCHANGE COMMISSION , ERIC J YOUNG AND MICHAEL H HURWITZ HAVE DISCRIMINATED AGAINST ROBERT W. JOHNSON FOR AWARDS FOR REPORTING ABOVE-SAID PONZI SCHEMES AND STOCK EXCHANGE FRAUD .

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MENTAL AND PHYSICAL ANGUISH & PUNITIVE DAMAGES .

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

$1,000,000,000.00 FOR FRAUD : $1,000,000,000.00 FOR DENIAL OF WRONGDOING AND $1,000,000,000.00 FOR PUNITIVE DAMAGES : $350,000,000.00 FOR WHISTLEBLOWER AWARDS .

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

| | |
|---|---|
| Signature of Plaintiff | ROBERT JOHNSON |
| Printed Name of Plaintiff | ROBERT JOHNSON |

### B.    For Attorneys

Date of signing: _____

| | | | |
|---|---|---|---|
| Signature of Attorney | WILLIE JOHNSON ESQ | | |
| Printed Name of Attorney | WILLIE JOHNSON | | |
| Bar Number | 999999 | | |
| Name of Law Firm | WILLIE JOHNSON ESQ | | |
| Address | 65 SIDNEY ST | | |
| | BUFFALO | NY | 14211 |
| | *City* | *State* | *Zip Code* |
| Telephone Number | 716-445-1734 | | |
| E-mail Address | | | |

US COURTHOUSE

100 West Troy Street

Dothan, AL 36303

United States District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602